# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3147
_____

HEWITT A. GRANT II,

Appellant,

v.

SERGEANT EMMETT POWELL,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 11, 2024

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Hewitt A. Grant II, pro se, Appellant.

Ashley Moody, Attorney General, and Ravi N. Sharma, Assistant Attorney General, Tallahassee, for Appellee.